IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. **CR 08 53-01-ML** |
| | * | |
| BRUCE G. LAPIERRE, | * | |
| ALBERT R. MARTIN, and | * | |
| LORRAINE A. MARTIN | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

**MOTION TO UNSEAL INDICTMENT**

The United States of America hereby moves this Court for an order unsealing the indictment in the above-captioned matter for the reason that defendants named herein are in federal custody and no further purpose would be served by maintaining the Indictment under seal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JOHN N. KANE,JR.
JORGE ALMONTE
Trial Attorneys
U.S. Department of Justice,
Tax Division
601 D. Street, N.W., 7th Floor
Washington, DC 20530
john.n.kane.@usdoj.gov
jorge.almonte@usdoj.gov
(202) 514-5150 (main)
(202) 616-1786 (fax)