IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. **CR 08 53-01-ML** |
| BRUCE G. LAPIERRE, | * | |
| ALBERT R. MARTIN, and | * | |
| LORRAINE A. MARTIN | * | |
| | * | |
| Defendants | * | |

*******

**ORDER UNSEALING INDICTMENT**

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this court on June 18, 2008, be unsealed by the Clerk of Courts.

DATE: 6/19/08

HONORABLE LINCOLN D. ALMOND
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT