AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUN 18 2008

# United States District Court

DISTRICT OF RHODE ISLAND

District of Rhode Island

UNITED STATES OF AMERICA

V.

BRUCE G. LAPIERRE, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: CR 08 53-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRUCE G. LAPIERRE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Defraud the Internal Revenue Service (Klein Conspiracy); Tax Evasion

in violation of Title (s) 18; 26 United States Code, Section(s) 371; 7201

David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

6-18-08 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Burrillville, RI by USMS and IRS | | |
| DATE RECEIVED 06/18/2008 | NAME AND TITLE OF ARRESTING OFFICER Brian McGinn II, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/19/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.