UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 08-53-01ML |
| | ) | |
| BRUCE LAPIERRE | ) | |

MOTION TO EXTEND TIME

The arraignment and pretrial discovery order in this case provides, inter alia, that:

> Within 5 days of the arraignment, the attorney for the government and the attorney for the defendant, or the defendant, if acting pro se, shall meet and provide to each other written requests for disclosure of material and information pursuant to Rule 16(a) and (b), Fed. R. Crim. P. unless within the 5 day period, the party entitled to disclosure shall file with the clerk a waiver thereof.

The defendant moves to extend the time in which is to make the election as to whether or not to file the request for discovery or a waiver for the period of 30 days.

The defendant makes this request because at present the issue of who will represent the defendant is not resolved. The undersigned has been appointed provisionally to represent the defendant, but the defendant has not yet made a decision about who will represent him, or whether he will represent himself. Moreover, there has not yet been a final determination as to whether or not the defendant is eligible for court appointed counsel.

The question of whether or not to ask for discovery or to file a waiver thereof is a tactical decision. That decision ought to be made by the defendant or his counsel, after the issue of who will represent the defendant is resolved.

For the reasons set forth above, the defense asks that the period during which he be allowed to ask for discovery or file a waiver thereof, be extended an additional 30 days.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been no previous delay related to the subject matter of this motion, which is excludable.

BRUCE LAPIERRE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 24TH day of June, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Jorge Almonte, DOJ
John N. Kane, DOJ

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 08-53-01ML |
| | ) | |
| BRUCE LAPIERRE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME

The arraignment and pretrial discovery order essentially provide that a defendant has 5 days in which to make an election as to whether to seek discovery or file a waiver thereof. Obviously, this decision ought to be an informed decision. The defendant simply seeks additional time in which to make that decision. The need for additional time is particularly important in light of the fact that the issue of who will represent the defendant has not yet been resolved.

BRUCE LAPIERRE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 24TH day of June, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Jorge Almonte, DOJ
John N. Kane, DOJ

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net