AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

RHODE ISLAND

UNITED STATES
v.
BRUCE LAPIERRE

**APPEARANCE**

Case Number: CR 08-0053 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for BRUCE LAPIERRE

I certify that I am admitted to practice in this court.

7/21/08
Date

[signature]
Signature

SCOTT A. LUTES
Print Name

3502
Bar Number

ONE TURKS HEAD PLACE, SUITE 1440
Address

PROVIDENCE
City

RI
State

02903
Zip Code

861-1142
Phone Number

Fax Number