Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

paf

TO: Scott Lutes, Esq.
RE: CR08-053-01ML

United States of America v Bruce Lapierre, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **07/21/08** ,and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

__✓__ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 6. All Checks must be made payable to **Clerk, U.S. District Court**.

__√__ 7. Motion to Appear Pro Hac Vice not in the proper form (DRI LR Gen 204(d)). **See Court Website www.rid.uscourts.gov/attorneyinformation for instructions and forms.**

____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

____ 10. ____________________

ENTER:

United States Magistrate Judge

Date: 7/23/08

cc: Counsel of Record