**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 08-53-01ML** |
| | : | |
| **BRUCE G. LAPIERRE** | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Now comes the defendant, Bruce Lapierre, and hereby moves that Lowell H. Becraft, Jr., be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Lowell H. Becraft, Jr.

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR GEN 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Scott A. Lutes
ATTORNEY AT LAW
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
Telephone: 401.861.1142
Facsimile: 401.861.1141
Email: scottluteslaw@yahoo.com

---

**ORDER**

This motion is hereby _____ GRANTED ______ DENIED

______________________ ______________________
District Judge Date