**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| **Vs.** | **)** | **Cr. No. 08-53-01ML** |
| **BRUCE LAPIERRE** | **)** | |

**ASSENTED MOTION TO CONTINUE EMPANELMENT AND EXTEND DEADLINE FOR FILING PRE-TRIAL MOTIONS**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to continue the empanelment of this matter and extend the deadline for filing pre-trial motions for a period of ninety (90) days. In support of this motion, local counsel avers that he has communicated with the attorney for the government who has indicated that he has no objection to this request. Additionally, each of the co-defendants has requested a continuance.

Wherefore, counsel respectfully requests that this Motion be granted.

**Bruce LaPierre,**

**By his attorney,**

**/s/ Lowell H. Becraft, Jr.**

*Lead Counsel*

403-C Andrew Jackson Way

Huntsville, AL 35801

Telephone: (256) 533-2535

**/s/ Scott A. Lutes______**

*Local Counsel*

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Motion, filed through the ECF system, to be sent electronically to all parties identified on the Notice of Electronic Filing, on this the 11th day of September, 2008.

/s/ Scott A. Lutes